650

No. 754. AWOTIN *v.* HEALY ET AL. March 7, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Irving H. Flamm* for petitioner. *Messrs. Emmett J. McCarthy, Robert F. Carey,* and *Daniel M. Healy* for respondents.

No. 755. ANNETT *v.* NEW YORK, N. H. & H. R. Co. March 7, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Curtiss K. Thompson* for petitioner. *Messrs. Edward R. Brumley, Jesse E. Waid,* and *Frederick H. Wiggin* for respondent.

No. 433. HARMAN *v.* COMMISSIONER OF INTERNAL REVENUE. March 7, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Mark Eisner* and *Ferdinand Tannenbaum* for petitioner. *Solicitor General Reed, Assistant Attorney General Morris,* and *Mr. Sewall Key* for respondent.

No. 827. DOWLING *v.* WESTERN UNION TELEGRAPH Co. March 14, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit, and motion for leave to proceed further *in forma pauperis,* denied. *Mr. James H. Duffy* for petitioner. No appearance for respondent.

No. 726. MURPHY *v.* ZERBST, WARDEN. March 14, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. E. Harold Sheats* for petitioner. *Acting Solicitor General Bell, As-*

sistant Attorney General *McMahon,* and *Messrs. William W. Barron,* and *W. Marvin Smith* for respondent. *Solicitor General Jackson* was on a brief for the respondent. ▮

No. 740. INTERNATIONAL MANUFACTURERS SALES CO. *v.* UNITED STATES. March 14, 1938. Petition for writ of certiorari to the Court of Claims denied. *Mr. Loring M. Black* for petitioner. *Acting Solicitor General Bell, Assistant Attorney General Whitaker,* and *Mr. Paul A. Sweeney* for the United States. ▮

No. 744. WASHINGTON *v.* McGRATH, EXECUTRIX. March 14, 1938. Petition for writ of certiorari to the Supreme Court of Washington denied. *Mr. William H. Pemberton* for petitioner. No appearance for respondent. ▮

No. 752. ATLANTIC COAST LINE R. CO. *v.* BATTON. March 14, 1938. Petition for writ of certiorari to the Supreme Court of North Carolina denied. *Messrs. Thomas W. Davis, F. S. Spruill,* and *V. E. Phelps* for petitioner. *Mr. W. Frank Taylor* for respondent. ▮

No. 758. CAPONE *v.* UNITED STATES. March 14, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Abraham Teitelbaum* for petitioner. *Acting Solicitor General Bell, Assistant Attorney General Morris,* and *Messrs. J. Louis Monarch, William H. Boyd, Earl C. Crouter,* and *W. Marvin Smith* for the United States. ▮